

KC **FILED**
DEC 2 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 2 8 2007

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: SYLVESTER THOMPSON
(Please print)

STREET ADDRESS: 3316 W. 59th STREET

CITY/STATE/ZIP: Chicago Il. 60629

PHONE NUMBER: (773-) 557-9341

CASE NUMBER:
07CV7288
JUDGE ASPEN
MAGISTRATE JUDGE KEYS

Signature

Date: 12-28-07