cH

# United States District Court

_____ DISTRICT OF _____

SYL JOHNSON a/k/a Sylvester Thompson
D/B/A SYL-ZEL MUSIC/Twinight Records.

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL JACKSON, WILL SMITH, TUPAC SHAKUR, KRS ONE a/k/a Lawrence Parker, BOOGIE DOWN Prod. a/k/a Lawrence Parker, P/K/A PEEDI CRAKK & YOUNG CHRIS, THE GROUP N.W.A., SONY/BMG MUSIC ENTM., UNIVERSAL MUSIC GROUP, MIJAC MUSIC, EMI/CAPITOL RECORDS, ZOMBA Enterprises Inc., AMARU Entertainment Inc., UNIVERSAL PUBLISHING.

CASE NUMBER:

07C 7288
07C 7288
JUDGE ASPEN

TO: (Name and address of defendant)

P/K/A PEEDI CRAKK & YOUNG CHRIS
O/O ROC-A- Flla Records Ltd
Attn ERIC D. Weissman, Legal Affairs
162 W. 56th Street Suite 306
New York NY 10016

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SYL JOHNSON
3316 West 59th Street
Chicago, Illinois 60629

**FILED**

JAN 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

an answer to the complaint which is herewith served upon you, within ___(Twenty) 20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

JAN 0 2 2007

CLERK

DATE

_(signature)_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 01-03-08 |
| NAME OF SERVER (PRINT) SYLVESTER THOMPSON | TITLE OWNER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): PRORITY MAIL SIGNATURE CONFIRMATION

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01-03-08
             Date

Signature of Server

3316 W. 59th Chicago IL 60629
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.