## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 07 CV 7288

SYL JOHNSON A/K/A, SYLVESTER
THOMPSON, D/B/A SYL-ZEL MUSIC CO.
& TWILIGHT RECORD CO.
v
MICHAEL JACKSON et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Syl Johnson

| | |
|---|---|
| NAME (Type or print)<br>Lance B. Johnson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lance B. Johnson | |
| FIRM<br>Law Offices of Cathy Ann Pilkington | |
| STREET ADDRESS<br>161 North Clark Street, Ste. 4700 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291665 | TELEPHONE NUMBER<br>312-346-2762 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐