U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:

SYL JOHNSON A/K/A, SYLVESTER THOMPSON, D/B/A
SYL-ZEL MUSIC CO. & TWILIGHT RECORD CO., Plaintiff
v.
MICHAEL JACKSON, et. al, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILL SMITH

| | |
|---|---|
| NAME (Type or print) <br> THOMAS JIRGAL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ THOMAS JIRGAL | |
| FIRM <br> LOEB & LOEB | |
| STREET ADDRESS <br> 321 N. CLARK STREET, SUITE 2300 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291661 | TELEPHONE NUMBER <br> (312) 464-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |