UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Syl Johnson
                               Plaintiff,

v.                                              Case No.: 1:07−cv−07288
                                                 Honorable Marvin E. Aspen

Michael Jackson, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 3/4/2008. Plaintiff's oral motion for leave to file amended complaint is granted. Plaintiff is to file its amended complaint by 4/1/08. Defendants are to file their responsive pleadings to the plaintiffs' amended complaint by 5/1/08. Plaintiff is to notify all defendants of the status date. Status hearing continued to 5/22/2008 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.