IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| SYL JOHNSON, a/k/a Sylvester Thompson, d/b/a Syl-Zel Music and TwiNight Records, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 7288 |
| MICHAEL JACKSON d/b/a MIJAC MUSIC, WILL SMITH, AFENI SHAKUR, CO-ADMINISTRATOR OF THE ESTATE OF TUPAC SHAKUR, LAWRENCE PARKER p/k/a KRS ONE, PEDRO ZAYAS p/k/a PEEDI CRAKK, CHRISTOPHER RIES p/k/a YOUNG CHRIS, SONY BMG MUSIC ENTERTAINMENT, INC., UMG RECORDINGS, INC. d/b/a UNIVERSAL MUSIC GROUP, CAPITOL RECORDS, INC., ZOMBA ENTERPRISES, INC., AMARU ENTERTAINMENT, INC., N.W.A., ANDRE YOUNG, ANTOINE CARRABY and COMPTON RECORDS, INC. d/b/a RUTHLESS RECORDS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on April 1, 2008 we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, **First Amended Complaint**, a copy of which is hereby served on you.

SYL JOHNSON, a/k/a Sylvester
Thompson, d/b/a Syl-Zel Music and
TwiNight Records, Inc., Plaintiff herein

By:   s/ Cathy A. Pilkington
One of His Attorneys

Cathy Ann Pilkington, Esq.
Lance B. Johnson, Esq.
Law Offices of Cathy A. Pilkington
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
(312) 346-2762

## PROOF OF SERVICE

**THE UNDERSIGNED** hereby certifies and/or states on oath that this Proof of Service, Notice and **First Amended Complaint** were served on the persons named below by Electronic Filing Delivery on April 1, 2008.

TO:

Donald David, Esq.
Brian A. Bloom, Esq.
Akerman Senterfitt LLP
335 Madison Avenue, Suite 2600
New York, New York 10017

Leah R. Bruno, Esq.
David R. Geerdes, Esq.
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

John David Burke, Esq.
Ice Miller
200 West Madison Street, Suite 3500
Chicago, Illinois 60606

Clark Steven Tomashefsky, Esq.
Jenner & Block LLP
330 North Wabash Avenue
Chicago, Illinois 60611

Thomas P. Jirgal, Esq.
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60610

                      s/ Cathy A. Pilkington

Cathy Ann Pilkington, Esq.
Lance B. Johnson, Esq.
Law Offices of Cathy A. Pilkington
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
(312) 346-2762