UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNSON, ) | |
| ) | No.: 07CV7288 |
| Plaintiff, ) | |
| ) | |
| ) | Judge Aspen |
| v. ) | Magistrate Judge Keys |
| ) | |
| JACKSON, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF AGREED MOTION**

TO:   See Certificate of Service

    PLEASE TAKE NOTICE THAT on Tuesday, May 6, 2008 at 10:30 a.m., the undersigned shall appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his stead, in courtroom 2568, 219 South Dearborn, Chicago, Illinois, and present their AGREED MOTION OF DEFENDANTS AMARU ENTERTAINMENT, INC. AND AFENI SHAKUR (AS THE CO-ADMINISTRATOR OF THE TUPAC SHAKUR ESTATE) FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT.

Dated: May 1, 2008                                          Respectfully submitted by,

                                                                                 /s/ David R. Geerdes
                                                                                 One of the attorneys for Defendants Afeni Shakur (as the Co-Administrator of the Tupac Shakur Estate) and Amaru Entertainment, Inc.

| | |
|---|---|
| Eric J. Farber (*Pro Hac Vice* Applicant) | Leah R. Bruno (ARDC No. 6269469) |
| PINNACLE LAW GROUP LLP | David R. Geerdes (ARDC No. 6289557) |
| 425 California Street, Suite 1800 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| San Francisco, California 94104 | 7800 Sears Tower |
| Tel: (415) 394-5700 | 233 S. Wacker Drive |
| Fax: (415) 394-5003 | Chicago, Illinois 60606-6404 |
| | Tel: (312) 876-8000 |
| | Fax: (312) 876-7934 |

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008 I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

    /s/ David R. Geerdes
One of the attorneys for Defendants Afeni Shakur (as the Co-Administrator of the Tupac Shakur Estate) and Amaru Entertainment, Inc.

14715627\V-1