**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                         Case Number: 2007-cv-07288
JOHNSON
v.
JACKSON, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILL SMITH

| | |
|---|---|
| NAME (Type or print)  SHARON A. CERESNIE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ SHARON A. CERESNIE | |
| FIRM  LOEB & LOEB LLP | |
| STREET ADDRESS  321 NORTH CLARK ST. STE. 2300 | |
| CITY/STATE/ZIP  CHICAGO | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6285899 | TELEPHONE NUMBER  312-464-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |