**CERTIFICATE OF SERVICE**

      I, C. Steven Tomashefsky, an attorney, hereby certify that, on May 1, 2008, I caused the attached Answer of Michael Jackson, Sony BMG Music Enterprises, UMG Recordings, Inc., and Capitol Records, LLC to Plaintiff's First Amended Complaint to be served by the Court's ECF system on the following counsel of record:

Cathy A. Pilkington, Esq.
Lance B. Johnson
LAW OFFICES OF CATHY A. PILKINGTON
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
(312) 346-2762

John David Burke
ICE MILLER LLP
200 W. Madison St., Suite 3500
Chicago, Illinois 60606-3417
(312) 726-8148

Thomas Jirgal
LOEB & LOEB
321 N. Clark St., Suite 2300
Chicago, Illinois 60610
(312) 464-3100

Leah R. Bruno
David R Geerdes
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower, 233 S Wacker Dr.
Chicago, Illinois 60606
(312) 876-8000

Brian A. Bloom
Donald N. David
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, NY 10017
(212) 880-3800

                                                                   s/ C. Steven Tomashefsky