**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYL JOHNSON, a/k/a Sylvester Thompson, d/b/a Syl-Zel Music,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>MICHAEL JACKSON d/b/a MIJAC MUSIC, WILL SMITH, AFENI SHAKUR, CO-ADMINISTRATOR OF THE ESTATE OF TUPAC SHAKUR, LAWRENCE PARKER p/k/a KRS-ONE, PEDRO ZAYAS p/k/a PEEDI CRAKK, CHRISTOPHER RIES P/K/A YOUNG CHRIS, SONY BMG MUSIC ENTERTAINMENT, INC., UMG RECORDINGS, INC. d/b/a UNIVERSAL MUSIC GROUP, CAPITOL RECORDS, INC., ZOMBA ENTERPRISES, INC., AMARU ENTERTAINMENT, INC., N.W.A., a general partnership, COMPTON RECORDS, INC. d/b/a RUTHLESS RECORDS, INC., ANDRE YOUNG, ANTOINE CARRABY,  )<br><br>Defendants.  ) | No. 07 C 7288<br><br>Honorable Marvin E. Aspen |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Capitol Records, LLC, respectfully requests that this Court enter an order substituting C. Steven Tomashefsky and Jenner & Block LLP as their counsel of record in these matters, replacing John David Burke and Ice Miller LLP. New counsel have submitted their appearances herewith.

2

        Respectfully submitted,

        CAPITOL RECORDS, LLC.

        By: _____s/ C. Steven Tomashefsky_____
                  One of Their Attorneys

C. Steven Tomashefsky, IL Bar No. 6191855
William E. Parker, IL Bar No. 6293524
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611-7603
Phone:     (312) 222-9350
Fax:          (312-840-7769
stomashefsky@jenner.com

2

## CERTIFICATE OF SERVICE

       I, C. Steven Tomashefsky, an attorney, hereby certify that, on May 1, 2008, I caused the attached Defendant Capitol Records, LLC's Motion for Substitution of Counsel to be served by the Court's ECF system on the following counsel of record:

Cathy A. Pilkington, Esq.
Lance B. Johnson
LAW OFFICES OF CATHY A. PILKINGTON
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
(312) 346-2762

John David Burke
ICE MILLER LLP
200 W. Madison St., Suite 3500
Chicago, Illinois 60606-3417
(312) 726-8148

Thomas Jirgal
LOEB & LOEB
321 N. Clark St., Suite 2300
Chicago, Illinois 60610
(312) 464-3100

Leah R. Bruno
David R Geerdes
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower, 233 S Wacker Dr.
Chicago, Illinois 60606
(312) 876-8000

Brian A. Bloom
Donald N. David
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, NY 10017
(212) 880-3800

                                                        s/ C. Steven Tomashefsky