**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SYL JOHNSON, a/k/a Sylvester Thompson, d/b/a Syl-Zel Music, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JACKSON d/b/a MIJAC MUSIC, WILL SMITH, AFENI SHAKUR, CO-ADMINISTRATOR OF THE ESTATE OF TUPAC SHAKUR, LAWRENCE PARKER p/k/a KRS-ONE, PEDRO ZAYAS p/k/a PEEDI CRAKK, CHRISTOPHER RIES P/K/A YOUNG CHRIS, SONY BMG MUSIC ENTERTAINMENT, INC., UMG RECORDINGS, INC. d/b/a UNIVERSAL MUSIC GROUP, CAPITOL RECORDS, INC., ZOMBA ENTERPRISES, INC., AMARU ENTERTAINMENT, INC., N.W.A., a general partnership, COMPTON RECORDS, INC. d/b/a RUTHLESS RECORDS, INC., ANDRE YOUNG, ANTOINE CARRABY, <br><br> Defendants. | No. 07 C 7288 <br><br> Honorable Marvin E. Aspen |

## NOTICE OF MOTION

TO:   All Counsel on the Attached Service List

PLEASE TAKE NOTICE that on May 13, 2008 at 10:30 a.m., we shall appear before the Honorable Judge Marvin E. Aspen in the courtroom usually occupied by him at the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, and shall present the attached Defendant Capitol Records' Motion for Substitution of Counsel.

2

        Respectfully submitted,

        CAPITOL RECORDS, LLC.

        By:      s/ C. Steven Tomashefsky
                One of Their Attorneys

C. Steven Tomashefsky, IL Bar No. 6191855
William E. Parker, IL Bar No. 6293524
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611-7603
Phone:    (312) 222-9350
Fax:       (312-840-7769
stomashefsky@jenner.com

2

**CERTIFICATE OF SERVICE**

      I, C. Steven Tomashefsky, an attorney, hereby certify that, on May 1, 2008, I caused the attached Defendant Capitol Records, LLC's Notice of Motion to be served by the Court's ECF system on the following counsel of record:

Cathy A. Pilkington, Esq.
Lance B. Johnson
LAW OFFICES OF CATHY A. PILKINGTON
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
(312) 346-2762

John David Burke
ICE MILLER LLP
200 W. Madison St., Suite 3500
Chicago, Illinois 60606-3417
(312) 726-8148

Thomas Jirgal
LOEB & LOEB
321 N. Clark St., Suite 2300
Chicago, Illinois 60610
(312) 464-3100

Leah R. Bruno
David R Geerdes
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower, 233 S Wacker Dr.
Chicago, Illinois 60606
(312) 876-8000

Brian A. Bloom
Donald N. David
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, NY 10017
(212) 880-3800

                                                                                  s/ C. Steven Tomashefsky