**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Syl Johnson
                    Plaintiff,

v.                                         Case No.: 1:07−cv−07288
                                                    Honorable Marvin E. Aspen

Michael Jackson, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/2/08:Defendant Capitol Records, LLC's Motion to substitute attorney [47] is granted. Motion terminated. Attorney Clark Steven Tomashefsky for Capitol Records, Inc. added. Attorney John David Burke terminated. The motion hearing set for 5/13/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.