UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYL JOHNSON, a/k/a Sylvester Thompson, d/b/a Syl-Zel Music<br><br>Plaintiff,<br><br>MICHAEL JACKSON d/b/a MIJAC MUSIC, WILL SMITH, AFENI SHAKUR, CO-AMINISTRATOR OF THE ESTATE OF TUPAC SHAKUR, LAWRENCE PARKER p/k/a KRS-ONE, PEDRO ZAYAS p/k/a PEEDI CRAKK, CHRISTOPHER RIES P/K/A YOUNG CHRIS, SONY BMG MUSIC ENTERTAINMENT, INC., UMG RECORDINGS, INC. d/b/a UNIVERSAL MUSIC GROUP, CAPITOL RECORDS, INC., ZOMBA ENTERPRISES, INC., AMARU ENTERTAINMENT, INC., N.W.A., a general partnership, COMPTON RECORDS, INC. d/b/a RUTHLESS RECORDS, INC., ANDRE YOUNG, ANTOINE CARRABY,<br><br>Defendants. | No. 07 C 7288<br><br>Judge Aspen<br><br>JURY DEMAND |

**AGREED MOTION FOR**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS**

SYL JOHNSON, also known as Sylvester Thompson, d/b/a Syl-Zel Music, Plaintiff herein, moves this Court for voluntary dismissal of the complaint without prejudice and without costs against AFENI SHAKUR, CO-AMINISTRATOROF THE ESTATE OF TUPAC SHAKUR, Defendant herein ("Shakur"), based on representations by Shakur's attorneys in this cause to Plaintiff.

WHEREFORE, Syl Johnson, also known as Sylvester Thompson, d/b/a Syl-Zel Music, requests that the complaint be dismissed without prejudice and without costs as to Afeni Shakur, Co-Administrator of the Estate of Tupac

Shakur, and for such other and further relief as this Court deems equitable and just.

                                            SYL JOHNSON, a/k/a Sylvester Thompson, d/ba Syl-Zel Music and TwiNight Records, Inc., Plaintiff herein

                                            By:      s/ Cathy A. Pilkington
                                                     One of His Attorneys

Cathy A. Pilkington, Esq.
Lance B. Johnson, Esq.
Law Offices of Cathy A. Pilkington
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
312-346-2762