IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| SYL JOHNSON, a/k/a Sylvester Thompson, d/b/a Syl-Zel Music and TwiNight Records, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 7288 |
| MICHAEL JACKSON d/b/a MIJAC MUSIC,WILL SMITH, AFENI SHAKUR, CO-ADMINISTRATOR OF THE ESTATE OF TUPAC SHAKUR, LAWRENCE PARKER p/k/a KRS ONE, PEDRO ZAYAS p/k/a PEEDI CRAKK, CHRISTOPHER RIES p/k/a YOUNG CHRIS, SONY BMG MUSIC ENTERTAINMENT, INC., UMG RECORDINGS, INC. d/b/a UNIVERSAL MUSIC GROUP, CAPITOL RECORDS, INC., ZOMBA ENTERPRISES, INC., AMARU ENTERTAINMENT, INC., N.W.A., ANDRE YOUNG, ANTOINE CARRABY and COMPTON RECORDS, INC. d/b/a RUTHLESS RECORDS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **May 22, 2008 at 10:30 a.m.** I shall appear before the Honorable Judge Marvin E. Aspin, presiding in courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division and present **AGREED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS**, a copy of which is hereby served on you.

                                        SYL JOHNSON, a/k/a Sylvester
                                        Thompson, d/b/a Syl-Zel Music and
                                        TwiNight Records, Inc., Plaintiff herein

                                        By:   s/ Cathy A. Pilkington          .
                                               On of His Attorneys

Cathy Ann Pilkington, Esq.
Lance B. Johnson, Esq.
Law Offices of Cathy A. Pilkington
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
(312) 346-2762

## PROOF OF SERVICE

**THE UNDERSIGNED** hereby certifies and/or states on oath that this Proof of Service, Notice and **Agreed Motion For Voluntary Dismissal Without Prejudice And Without Costs** were served on the persons named below in the manner indicated on May 15, 2008 at or before 5:00 p.m. Electronic Filing Delivery

TO:

| | |
|---|---|
| Donald David, Esq. | Leah R. Bruno, Esq. |
| Brian A. Bloom, Esq. | David R. Geerdes, Esq. |
| Akerman Senterfitt LLP | Sonnenschein Nath & Rosenthal LLP |
| 335 Madison Avenue, Suite 2600 | 7800 Sears Tower |
| New York, New York 10017 | 233 South Wacker Drive |
| | Chicago, Illinois 60606 |
| | |
| John David Burke, Esq. | Clark Steven Tomashefsky, Esq. |
| Ice Miller | Jenner & Block LLP |
| 200 West Madison Street, Suite 3500 | 330 North Wabash Avenue |
| Chicago, Illinois 60606 | Chicago, Illinois 60611 |

Thomas P. Jirgal, Esq.
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60610

                                                      s/ Cathy A. Pilkington

Cathy Ann Pilkington, Esq.
Lance B. Johnson, Esq.
Law Offices of Cathy A. Pilkington
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
(312) 346-2762