**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOHNSON, | ) | |
| | ) | No.: 07CV7288 |
| Plaintiff, | ) | |
| | ) | |
| | ) | Judge Aspen |
| v. | ) | Magistrate Judge Keys |
| | ) | |
| JACKSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT AMARU ENTERTAINMENT, INC.'S**
**AGREED MOTION FOR LEAVE TO WITHDRAW THE APPEARANCES OF**
**DONALD N. DAVID AND BRIAN A. BLOOM AS ATTORNEYS OF RECORD**

Defendant Amaru Entertainment, Inc. ("Amaru"), by and through its undersigned counsel, hereby respectfully requests that this Court grant this Agreed Motion for Leave to Withdraw the Appearances of Donald N. David and Brian A. Bloom as Attorneys of Record. In support of this Motion, Amaru states:

1. Donald N. David and Brian A. Bloom no longer represent Amaru in this matter.

2. Eric Farber and Kevin Rooney of Pinnacle Law Group LLP have replaced them as lead counsel and filed *pro hac vice* applications on May 8, 2008.

3. Amaru's counsel has discussed this motion with Plaintiff's counsel, and Plaintiffs counsel has confirmed that there is no objection to this motion.

WHEREFORE, Amaru respectfully requests that this Court grant this motion and withdraw the appearances of Donald N. David and Brian A. Bloom as attorneys of record in this matter.

Dated: May 15, 2008

Respectfully submitted by,

/s/ David R. Geerdes
One of the attorneys for Amaru Entertainment, Inc.

Eric J. Farber (*Pro Hac Vice* Applicant)
Kevin F. Rooney (*Pro Hac Vice* Applicant)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, California 94104
Tel: (415) 394-5700
Fax: (415) 394-5003

Leah R. Bruno (ARDC No. 6269469)
David R. Geerdes (ARDC No. 6289557)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6404
Tel: (312) 876-8000
Fax: (312) 876-7934

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2008 I electronically filed the foregoing AGREED MOTION FOR LEAVE TO WITHDRAW THE APPEARANCES OF DONALD N. DAVID AND BRIAN A. BLOOM AS ATTORNEYS OF RECORD with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

      /s/ David R. Geerdes
One of the attorneys for Amaru Entertainment, Inc.

14715625\V-1