# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNSON,  ) | |
|  ) | No.: 07CV7288 |
| Plaintiff,  ) | |
|  ) | |
|  ) | Judge Aspen |
| v.  ) | Magistrate Judge Keys |
|  ) | |
| JACKSON, et al.  ) | |
|  ) | |
| Defendants.  ) | |
|  ) | |

## NOTICE OF AGREED MOTION

TO:   See Certificate of Service

    PLEASE TAKE NOTICE THAT on Tuesday, May 20, 2008 at 10:30 a.m., Defendant Amaru Entertainment, Inc. shall appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his stead, in courtroom 2568, 219 South Dearborn, Chicago, Illinois, and present its AGREED MOTION FOR LEAVE TO WITHDRAW THE APPEARANCES OF DONALD N. DAVID AND BRIAN A. BLOOM AS ATTORNEYS OF RECORD.

Dated: May 15, 2008                                        Respectfully submitted by,

                                                          /s/ David R. Geerdes
                                                          One of the attorneys for Defendant Amaru
                                                          Entertainment, Inc.

                                                          Leah R. Bruno (ARDC No. 6269469)
Eric J. Farber (*Pro Hac Vice* Applicant)                 David R. Geerdes (ARDC No. 6289557)
Kevin F. Rooney (*Pro Hac Vice* Applicant)                SONNENSCHEIN NATH & ROSENTHAL LLP
PINNACLE LAW GROUP LLP                                    7800 Sears Tower
425 California Street, Suite 1800                         233 S. Wacker Drive
San Francisco, California 94104                           Chicago, Illinois 60606-6404
Tel: (415) 394-5700                                       Tel: (312) 876-8000
Fax: (415) 394-5003                                       Fax: (312) 876-7934

## CERTIFICATE OF SERVICE

  I hereby certify that on May 15, 2008 I electronically filed the foregoing NOTICE OF AGREED MOTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

                /s/ David R. Geerdes
                One of the attorneys for Defendant Amaru Entertainment, Inc.

14719364\V-1