**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Syl Johnson

                Plaintiff,

v.                                                        Case No.: 1:07−cv−07288
                                                            Honorable Marvin E. Aspen

Michael Jackson, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 5/16/08:Defendant Amaru Entertainment, Inc.'s Agreed Motion to withdraw the appearance of Donald N. David and Brian A. Bloom as attorney [59] of record is granted. Motion terminated. Attorney Eric J. Farber for Amaru Entertainment, Inc., Kevin F. Rooney for Amaru Entertainment, Inc. added. Attorney Brian A. Bloom and Donald N. David terminated. The motion hearing set for 5/20/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.