**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Syl Johnson
                     Plaintiff,

v.                                                  Case No.: 1:07−cv−07288
                                                   Honorable Marvin E. Aspen

Michael Jackson, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 5/16/08:Plaintiffs agreed Motion to voluntarily dismiss [56] defendant Afeni Shakur, Co−Administrator of the Estate of Tupac Shakur is granted. Motion terminated. Afeni Shakur is dismissed without prejudice and without costs. Afeni Shakur terminated. The motion hearing set for 5/22/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.