AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

SYL JOHNSON

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

CAPITOL RECORDS, LLC

CASE NUMBER: 07 C 7288

ASSIGNED JUDGE: Hon. Marvin E. Aspen

V. THIRD PARTY DEFENDANT

COMPTOWN RECORDS, INC

DESIGNATED MAGISTRATE JUDGE: Hon. Arlander Keys

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

To: Name and address of Third Party Defendant

COMPTOWN RECORDS, INC.
c/o Jonathan Schwartz
15260 Ventura Blvd., Suite 2100
Sherman Oaks, CA 91403

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Cathy A. Pilkington
LAW OFFICES OF CATHY A. PILKINGTON
161 N. Clark St., Suite 4700
Chicago, IL 60601

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

C. Steven Tomashefsky
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief ... served upon you herewith a cop... f's complaint, *unless* (1) this is a nanding judgment against you les of Civil Procedure, in whic to the claim of the third-party pl...

Michael W. Dobbins, Clerk

_Nadine Shirley_
----------------------
(By) DEPUTY CLERK

May 12, 2008
----------------------
Date

----------------------
(By) DEPUTY CLERK

# Affidavit of Process Server

## UNITED STATES DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS
(NAME OF COURT)

| CAPITOL RECORDS, LLC | vs COMPTOWN RECORDS | 07CV7288 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I SEAN BLAYDES, being first duly sworn, depose and say: that I am over the age of 18 years and not a part to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**SERVICE:** I served COMPTOWN RECORDS, INC

with (list documents) summons;complaint;

by leaving with JONATHAN SCHWARTZ AGENT FOR SERVICE OF PROCESS At _____
                NAME                                                         RELATIONSHIP

☐ Residence _____
            ADDRESS                    CITY/STATE

☒ Business    15260 VENTURA BLVD, #2100         SHERMAN OAKS, CA
            ADDRESS                    CITY/STATE

On May 21, 2008 AT 12:00 pm

## Manner of Service:

☒ **PERSONAL SERVICE:** By personally delivering copies to the person being served.

☐ **SUBSTITUTED SERVICE AT RESIDENCE:** By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least _____ years of age and should be informed of the general nature of the papers.

☒ **SUBSTITUTED SERVICE AT BUSINESS:** By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    Moved, Left no Forwarding    Serivce Cancelled by Litigant    Unable to serve in a Timely Fashion
   Address Does Not Exist    Other _____

_____
SIGNATURE OF PROCESS SERVER