UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYL JOHNSON, a/k/a Sylvester Thompson, d/b/a Syl-Zel Music, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 07 C 7288 |
| MICHAEL JACKSON et al. ) ) | |
| Defendants. ) | Honorable Marvin E. Aspen |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant Will Smith respectfully requests that this Court enter an order substituting C. Steven Tomashefsky, William E. Parker, and Jenner & Block LLP as his counsel of record in these matters, replacing Thomas P. Jirgal, Esq,. and Sharon A. Ceresnie, Esq. and Loeb & Loeb LLP.

Respectfully submitted,

WILL SMITH

By:_____s/ C. Steven Tomashefsky_____
            One of His Attorneys

C. Steven Tomashefsky, IL Bar No. 6191855
William E. Parker, IL Bar No. 6293524
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611-7603
Phone:     (312) 222-9350
Fax:         (312-840-7769
stomashefsky@jenner.com

## CERTIFICATE OF SERVICE

   I, C. Steven Tomashefsky, an attorney, hereby certify that, on July 30, 2008, I caused the attached Defendant Will Smith's Motion for Substitution of Counsel to be served by the Court's ECF system on the following counsel of record:

Cathy A. Pilkington, Esq.
Lance B. Johnson, Esq.
LAW OFFICES OF CATHY A. PILKINGTON
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
(312) 346-2762

Thomas Jirgal, Esq.
Sharon A. Ceresnie, Esq.
LOEB & LOEB LLP
321 N. Clark St., Suite 2300
Chicago, Illinois 60610
(312) 464-3100

Leah R. Bruno, Esq.
David R Geerdes, Esq.
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower, 233 S Wacker Dr.
Chicago, Illinois 60606
(312) 876-8000

Eric J. Farber, Esq.
Kevin F. Rooney, Esq.
PINNACLE LAW GROUP LLP
425 California Street
Suite 1800
San Francisco, CA 94104
(415) 394-5700

Brian A. Bloom, Esq.
Donald N. David, Esq.
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, NY 10017
(212) 880-3800

                        s/ C. Steven Tomashefsky