UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Syl Johnson
                Plaintiff,

v.                                          Case No.: 1:07−cv−07288
                                                Honorable Marvin E. Aspen

Michael Jackson, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 7/31/08 and continued to 10/2/08 at10:30 a.m. Motion haring held regarding defendant Will Smith's motion to substitute counsel [75]. The motion is granted. Motion terminated. Attorney Clark Steven Tomashefsky for Will Smith, William Edward Parker for Will Smith added. Attorney Sharon A. Ceresnie and Thomas P. Jirgal terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.