**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 7288 |
|---|---|

SYL JOHNSON,
        Plaintiff,
v.
MICHAEL JACKSON, et al,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Peter Wright, Third Party Defendant,
    and
Sunlight Records, Inc., d/b/a Twilight/Twinight Records and Edgewater Music, Third Party Defendant.

| NAME (Type or print) |
|---|
| Christ S. Stacey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christ S. Stacey |
| FIRM |
| Law Office of Christ S. Stacey |
| STREET ADDRESS |
| 19 S. LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP |
| Chicago, IL 60618 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC No. 06183378 | 312-781-9455 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐